FILED
03 APR -9 PM 1:29
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| STEVE SHERIDAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 02-H-635-S |
| | ) | |
| COI CHARLES HARPER, | ) | |
| | ) | |
| Defendant. | ) | |

ENTERED
APR - 9 2003

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on March 13, 2003, recommending that the motion for summary judgment filed by defendant Harper be granted. The plaintiff filed objections to the report and recommendation on March 31, 2003.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections thereto, the factual findings in the magistrate judge's report are due to be amended in the following manner: defendant Harper did not escort the plaintiff to the health care unit after plaintiff had been pepper sprayed. With the exception of the foregoing amendment, all other findings of fact in the magistrate judge's report and recommendation are due to be ADOPTED and his recommendations concerning same are due to be ACCEPTED. The Court also finds that the magistrate judge's conclusions of law are due to be ADOPTED and his recommendations concerning same are due to be ACCEPTED.

Therefore, the Court finds that the defendant's motion for summary judgment is due to be GRANTED as follows:

1. The Court EXPRESSLY FINDS that there are no genuine issues of material fact showing that defendant Harper subjected the plaintiff to cruel and unusual punishment by refusing to provide plaintiff adequate medical care. Therefore, defendant Harper is entitled to judgment as a matter of



law. Accordingly, the motion for summary judgment filed by defendant Harper is due to be GRANTED and the plaintiff's claim against defendant Harper is due to be DISMISSED WITH PREJUDICE.

    An appropriate order will be entered.

    DATED this _9th_ day of _April_, 2003.

                                                     _/s/ James H. Hancock_
                                                     JAMES H. HANCOCK
                                                     SENIOR JUDGE